**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WILLIAM L. BLAKE, | : No. 112 MM 2019 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the Petition for Allowance of Appeal within 15 days.